FILED
CLERK U.S. DISTRICT COURT

MAR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY NOBLE MAYS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>    Defendant. | Case No. CV 07-4775 ODW(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation of United States Magistrate Judge and the records in this action. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Defendant's Motion to Dismiss is denied as moot and that Judgment be entered dismissing this action without prejudice based upon plaintiff's failure to prosecute.

///

///

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  United States Magistrate Judge's Report and Recommendation, and the Judgment
3  herein by United States mail on Plaintiff and on counsel for Defendants.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: 3-24-08

                                     OTIS D. WRIGHT
                           HONORABLE OTIS D. WRIGHT, II
                           UNITED STATES DISTRICT JUDGE