JS-6

FILED
CLERK U.S. DISTRICT COURT

MAR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY NOBLE MAYS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF LOS ANGELES POLICE<br>DEPARTMENT, et al.,<br><br>                    Defendants. | Case No. CV 07-4775 ODW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  3-24-08


_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE